**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-04746 |
| | § | |
| COLIN F THOMAS | § | |
| ANGELA K THOMAS | § | |
| | § | |
| Debtors | § | |

**TRUSTEE'S FINAL REPORT (TFR)**

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 02/13/2015. The undersigned trustee was appointed on 02/13/2015.

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. § 704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of                    $4,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---|
    | Payments made under an interim distribution | $0.00 |
    | Administrative expenses | $0.00 |
    | Bank service fees | $15.06 |
    | Other Payments to creditors | $0.00 |
    | Non-estate funds paid to 3rd Parties | $0.00 |
    | Exemptions paid to the debtor | $0.00 |
    | Other payments to the debtor | $0.00 |
    | Leaving a balance on hand of[1] | $3,984.94 |

    The remaining funds are available for distribution.

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

---

[1] The balance on funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursements will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-TFR (5/1/2011)**

6. The deadline for filing non-governmental claims in this case was 07/28/2015 and the deadline for filing government claims was 08/12/2015. All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $1,000.00. To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $0.00 as interim compensation and now requests the sum of $1,000.00, for a total compensation of $1,000.00[2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $0.00, and now requests reimbursement for expenses of $8.18, for total expenses of $8.18.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 08/20/2015     By:  /s/ David P. Leibowitz
                          Trustee

**STATEMENT:** This Uniform form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

**UST Form 101-7-TFR (5/1/2011)**

**FORM 1**

Page No: 1

Exhibit A

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 15-04746-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | THOMAS, COLIN F AND THOMAS, ANGELA K | Date Filed (f) or Converted (c): | 02/13/2015 (f) |
| For the Period Ending: | 8/20/2015 | §341(a) Meeting Date: | 03/18/2015 |
| | | Claims Bar Date: | 07/28/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  single family house at 17625 Howe Ave., Homewood, IL 60430 both debtors own house together with debtor's father value estimate by zillow.com Purchased for $74,900 in 11/2013 | $77,671.00 | $0.00 | | $0.00 | FA |
| 2  available cash | $40.00 | $0.00 | | $0.00 | FA |
| 3  checking account xxxx7881 at First Midwest Bank, 18600 Dixie Hwy., Homewood, IL 60430 | $525.44 | $0.00 | | $0.00 | FA |
| 4  "business advantage checking of Colin F. Thomas, sole proprietor d/b/a Thomas Photographic Services" checking account xxxx6023 with Bank of America, 18460 Governors Hwy, Homewood, IL 60430 | $2,338.53 | $0.00 | | $0.00 | FA |
| 5  "business savings account of Colin F. Thomas, sole proprietor d/b/a Thomas Photographic Services" savings account xxxx7777 with Bank of America, 18460 Governors Hwy, Homewood, IL 60430 | $6,175.82 | $4,514.35 | | $4,000.00 | FA |
| 6  various household furniture and goods | $500.00 | $65.44 | | $0.00 | FA |
| 7  necessary wearing apparel | $500.00 | $0.00 | | $0.00 | FA |
| 8  wedding ring | $500.00 | $0.00 | | $0.00 | FA |
| 9  Thomas' Photographic Services, LLC 18705 Dixie Hwy Homewood, IL 60430 each debtor owns 50% | $2,500.00 | $0.00 | | $0.00 | FA |
| 10  2012 Mazda 5 Wagon 5D GT; 48,000 miles; minor scratches; value estimate by nada.com | $13,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**     **Gross Value of Remaining Assets**

| | $103,750.79 | $4,579.79 | | $4,000.00 | $0.00 |

**Major Activities affecting case closing:**

06/30/2015   Debtor to turnover non-exempt funds in business saving account of Colin F. Thomas in the amount of $4,000.00. Scheduled value $6,175.82 -- Exemptions claimed $1,661.47

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
## ASSET CASES

| Case No.: | 15-04746-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | THOMAS, COLIN F AND THOMAS, ANGELA K | | Date Filed (f) or Converted (c): | 02/13/2015 (f) |
| For the Period Ending: | 8/20/2015 | | §341(a) Meeting Date: | 03/18/2015 |
| | | | Claims Bar Date: | 07/28/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |

**Initial Projected Date Of Final Report (TFR):** 07/28/2016  /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):** 08/20/2015  DAVID LEIBOWITZ

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 1

Exhibit B

| Case No. | 15-04746-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | THOMAS, COLIN F AND THOMAS, ANGELA K | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2875 | Checking Acct #: | ******4601 |
| Co-Debtor Taxpayer ID #: | **-***2876 | Account Title: | |
| For Period Beginning: | 2/13/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/20/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/07/2015 | (5) | Angela Thomas | Non exempt funds in business bank account | 1129-000 | $2,000.00 | | $2,000.00 |
| 05/28/2015 | (5) | Angela Thomas | Non exempt funds in business bank account | 1129-000 | $2,000.00 | | $4,000.00 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.08 | $3,997.92 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $6.13 | $3,991.79 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $6.85 | $3,984.94 |
| | | | **TOTALS:** | | $4,000.00 | $15.06 | $3,984.94 |
| | | | **Less: Bank transfers/CDs** | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,000.00 | $15.06 | |
| | | | **Less: Payments to debtors** | | $0.00 | $0.00 | |
| | | | **Net** | | $4,000.00 | $15.06 | |

| **For the period of 2/13/2015 to 8/20/2015** | | **For the entire history of the account between 05/06/2015 to 8/20/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $4,000.00 | Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 | Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $15.06 | Total Compensable Disbursements: | $15.06 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15.06 | Total Comp/Non Comp Disbursements: | $15.06 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**

**CASH RECEIPTS AND DISBURSEMENTS RECORD**

Page No: 2

Exhibit B

| Case No. | 15-04746-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | THOMAS, COLIN F AND THOMAS, ANGELA K | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2875 | Checking Acct #: | ******4601 |
| Co-Debtor Taxpayer ID #: | **-***2876 | Account Title: | |
| For Period Beginning: | 2/13/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 8/20/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

|  | TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|---|
|  |  | $4,000.00 | $15.06 | $3,984.94 |

| **For the period of 2/13/2015 to 8/20/2015** | | **For the entire history of the case between 02/13/2015 to 8/20/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $4,000.00 | Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 | Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $15.06 | Total Compensable Disbursements: | $15.06 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $15.06 | Total Comp/Non Comp Disbursements: | $15.06 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

# CLAIM ANALYSIS REPORT

Page No: 1
Exhibit C

| Case No. | 15-04746-JPC | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | THOMAS, COLIN F AND THOMAS, ANGELA K | | | | | | | | Date: 8/20/2015 |
| Claims Bar Date: | 07/28/2015 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Expenses | Allowed | 2200-000 | $8.18 | $0.00 | $0.00 | $0.00 | $8.18 |
| | DAVID P. LEIBOWITZ<br><br>420 West Clayton St<br>Waukegan IL 60085 | Trustee Compensation | Allowed | 2100-000 | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| 1 | INTERNAL REVENUE SERVICE<br><br>Centralized Insolvency Operation<br>PO BOX 21126<br>Philadelphia PA 19114-0326 | Claims of Governmental Units | Allowed | 5800-000 | $15,615.25 | $0.00 | $0.00 | $0.00 | $15,615.25 |
| 1a | INTERNAL REVENUE SERVICE<br><br>Centralized Insolvency Operation<br>PO BOX 21126<br>Philadelphia PA 19114-0326 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $811.60 | $0.00 | $0.00 | $0.00 | $811.60 |
| 2 | DISCOVER BANK<br><br>Discover Products Inc<br>PO Box 3025<br>New Albany OH 43054-3025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $5,111.18 | $0.00 | $0.00 | $0.00 | $5,111.18 |
| 3 | DISCOVER BANK<br><br>Discover Products Inc<br>PO Box 3025<br>New Albany OH 43054-3025 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $3,641.99 | $0.00 | $0.00 | $0.00 | $3,641.99 |
| 4 | US DEPARTMENT OF EDUCATION<br><br>c/o VSAC Federal Loans<br>PO Box 777<br>Winooski VT 05404 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $1,381.05 | $0.00 | $0.00 | $0.00 | $1,381.05 |
| 5 | NAVIENT SOLUTIONS INC<br><br>220 Lasley Ave.<br>Barre Pa 18706 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $11,713.15 | $0.00 | $0.00 | $0.00 | $11,713.15 |

| Case No.: | 15-04746-JPC | | | | | | | | Trustee Name: David Leibowitz |
|---|---|---|---|---|---|---|---|---|---|
| Case Name: | THOMAS, COLIN F AND THOMAS, ANGELA K | | | | | | | | Date: 8/20/2015 |
| Claims Bar Date: | 07/28/2015 | | | | | | | | |

| Claim No.: | Creditor Name | Claim Class | Claim Status | Uniform Tran Code | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|---|---|---|
| 6 | NAVIENT SOLUTIONS INC  220 Lasley Ave. Barre Pa 18706 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $17,302.85 | $0.00 | $0.00 | $0.00 | $17,302.85 |
| 7 | NAVIENT SOLUTIONS INC.  Po Box9640 Barre PA 18773-9640 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $50,305.36 | $0.00 | $0.00 | $0.00 | $50,305.36 |
| 8 | NAVIENT SOLUTIONS INC.  Po Box9640 Barre PA 18773-9640 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $12,044.08 | $0.00 | $0.00 | $0.00 | $12,044.08 |
| 9 | AMERICAN EXPRESS BANK, FSB  c o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $1,775.09 | $0.00 | $0.00 | $0.00 | $1,775.09 |
| **Claim Notes:** | (9-1) CREDIT CARD DEBT | | | | | | | | |
| 10 | AMERICAN EXPRESS CENTURION BANK  c o Becket and Lee LLP POB 3001 Malvern PA 19355-0701 | Payments to Unsecured Credit Card Holders | Allowed | 7100-900 | $5,192.83 | $0.00 | $0.00 | $0.00 | $5,192.83 |
| **Claim Notes:** | (10-1) CREDIT CARD DEBT | | | | | | | | |
| 11 | SYNCHRONY BANK  c/o Recovery Management Systems Corp 25 SE 2nd Ave Suite 1120 Miami FL 33131-1605 | General Unsecured § 726(a)(2) | Allowed | 7100-000 | $4,735.70 | $0.00 | $0.00 | $0.00 | $4,735.70 |
| | | | | | **$130,638.31** | **$0.00** | **$0.00** | **$0.00** | **$130,638.31** |

| **Case No.** | 15-04746-JPC | **Trustee Name:** David Leibowitz |
| **Case Name:** | THOMAS, COLIN F AND THOMAS, ANGELA K | **Date:** 8/20/2015 |
| **Claims Bar Date:** | 07/28/2015 | |

**CLAIM CLASS SUMMARY TOTALS**

| Claim Class | Claim Amount | Amount Allowed | Amount Paid | Interest | Tax | Net Remaining Balance |
|---|---|---|---|---|---|---|
| Claims of Governmental Units | $15,615.25 | $15,615.25 | $0.00 | $0.00 | $0.00 | $15,615.25 |
| General Unsecured § 726(a)(2) | $98,293.79 | $98,293.79 | $0.00 | $0.00 | $0.00 | $98,293.79 |
| Payments to Unsecured Credit Card Holders | $15,721.09 | $15,721.09 | $0.00 | $0.00 | $0.00 | $15,721.09 |
| Trustee Compensation | $1,000.00 | $1,000.00 | $0.00 | $0.00 | $0.00 | $1,000.00 |
| Trustee Expenses | $8.18 | $8.18 | $0.00 | $0.00 | $0.00 | $8.18 |

Exhibit D

# TRUSTEE'S PROPOSED DISTRIBUTION

Case No.: 15-04746
Case Name: COLIN F THOMAS
ANGELA K THOMAS
Trustee Name: David P. Leibowitz

Balance on hand: $3,984.94

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $3,984.94

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,000.00 | $0.00 | $1,000.00 |
| David P. Leibowitz, Trustee Expenses | $8.18 | $0.00 | $8.18 |

Total to be paid for chapter 7 administrative expenses: $1,008.18
Remaining balance: $2,976.76

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $2,976.76

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $15,615.25 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---:|---:|---:|
| 1 | Internal Revenue Service | $15,615.25 | $0.00 | $2,976.76 |

**UST Form 101-7-TFR (5/1/2011)**

|  | Total to be paid to priority claims: | $2,976.76 |
|---|---|---|
|  | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $114,014.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1a | Internal Revenue Service | $811.60 | $0.00 | $0.00 |
| 2 | Discover Bank | $5,111.18 | $0.00 | $0.00 |
| 3 | Discover Bank | $3,641.99 | $0.00 | $0.00 |
| 4 | US Department of Education | $1,381.05 | $0.00 | $0.00 |
| 5 | Navient Solutions Inc | $11,713.15 | $0.00 | $0.00 |
| 6 | Navient Solutions Inc | $17,302.85 | $0.00 | $0.00 |
| 7 | Navient Solutions Inc. | $50,305.36 | $0.00 | $0.00 |
| 8 | Navient Solutions Inc. | $12,044.08 | $0.00 | $0.00 |
| 9 | American Express Bank, FSB | $1,775.09 | $0.00 | $0.00 |
| 10 | American Express Centurion Bank | $5,192.83 | $0.00 | $0.00 |
| 11 | Synchrony Bank | $4,735.70 | $0.00 | $0.00 |

|  | Total to be paid to timely general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

|  | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**

      Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro* *rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

      Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

**UST Form 101-7-TFR (5/1/2011)**