**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

In re: § Case No. 15-04746
§
COLIN F THOMAS §
ANGELA K THOMAS §
§
Debtor(s) §

**NOTICE OF TRUSTEE'S FINAL REPORT AND**
**APPLICATION FOR COMPENSATION**
**AND DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m. on 09/24/2015, in Courtroom 680, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:   08/31/2015            By:   /s/ David P. Leibowitz
                                                  Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| In re: | § | Case No. 15-04746 |
|---|---|---|
| | § | |
| COLIN F THOMAS | § | |
| ANGELA K THOMAS | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of*     $4,000.00
*and approved disbursements of*     $15.06
*leaving a balance on hand of[1]:*     $3,984.94

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors:     $0.00
Remaining balance:     $3,984.94

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $1,000.00 | $0.00 | $1,000.00 |
| David P. Leibowitz, Trustee Expenses | $8.18 | $0.00 | $8.18 |

Total to be paid for chapter 7 administrative expenses:     $1,008.18
Remaining balance:     $2,976.76

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses:     $0.00
Remaining balance:     $2,976.76

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010)

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $15,615.25 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Internal Revenue Service | $15,615.25 | $0.00 | $2,976.76 |

|  | Total to be paid to priority claims: | $2,976.76 |
|---|---|---|
|  | Remaining balance: | $0.00 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $114,014.88 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1a | Internal Revenue Service | $811.60 | $0.00 | $0.00 |
| 2 | Discover Bank | $5,111.18 | $0.00 | $0.00 |
| 3 | Discover Bank | $3,641.99 | $0.00 | $0.00 |
| 4 | US Department of Education | $1,381.05 | $0.00 | $0.00 |
| 5 | Navient Solutions Inc | $11,713.15 | $0.00 | $0.00 |
| 6 | Navient Solutions Inc | $17,302.85 | $0.00 | $0.00 |
| 7 | Navient Solutions Inc. | $50,305.36 | $0.00 | $0.00 |
| 8 | Navient Solutions Inc. | $12,044.08 | $0.00 | $0.00 |
| 9 | American Express Bank, FSB | $1,775.09 | $0.00 | $0.00 |
| 10 | American Express Centurion Bank | $5,192.83 | $0.00 | $0.00 |
| 11 | Synchrony Bank | $4,735.70 | $0.00 | $0.00 |

|  | Total to be paid to timely general unsecured claims: | $0.00 |
|---|---|---|
|  | Remaining balance: | $0.00 |

UST Form 101-7-NFR (10/1/2010)

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | |
|---|---|
| Total to be paid to tardily filed general unsecured claims: | $0.00 |
| Remaining balance: | $0.00 |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

| | |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By: /s/ David P. Leibowitz
Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

```
                         United States Bankruptcy Court
                         Northern District of Illinois
```

In re:                                                            Case No. 15-04746-JPC
Colin F Thomas                                                    Chapter 7
Angela K Thomas
        Debtors

# CERTIFICATE OF NOTICE

```
District/off: 0752-1          User: dross                 Page 1 of 2                   Date Rcvd: Sep 01, 2015
                              Form ID: pdf006             Total Noticed: 30


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Sep 03, 2015.
db/jdb         +Colin F Thomas,    Angela K Thomas,    17625 Howe Ave.,    Homewood, IL 60430-1026
22924011        Advocate South-Suburban Hospital,    PO BOX 3039,    Oak Brook, IL 60522-3039
22924012       +American Express,    16 General Warren Blvd,    PO BOX 3001,    Malvern, PA 19355-0701
22924013        American Express,    P.O. Box 981535,    El Paso, TX 79998-1535
23399030        American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
23403201        American Express Centurion Bank,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
22924014      ++BANK OF AMERICA,    PO BOX 982238,    EL PASO TX 79998-2238
               (address filed with court:   Bank of America,    PO BOX 982235,    El Paso, TX 79998-2235)
22924015       +Barclays Bank Delaware,    Attn: Bankruptcy Department,    PO BOX 8801,
                 Wilmington, DE 19899-8801
22924017        CBCS,   PO Box 2334,    Columbus, OH 43216-2334
22924016       +Capital Management Services LP,    P.O. Box 964,    Buffalo, NY 14220-0964
22924022       +First Data,    1307 Walt Whitman Rd.,    Melville, NY 11747-4819
22924023       +Ingalls Memorial Hospital,    One Ingalls Drive,    Harvey, IL 60426-3591
23291969       +Navient Solutions Inc,    220 Lasley Ave.,    Wilkes-Barre Pa 18706-1430
23301367        Navient Solutions Inc.,    Po Box9640,    Wilkes-Barre, PA 18773-9640
22924027        SLM Financial Corporation,    111 USA Parkway,    Fishers, IN 46037
22924028       +South Suburban Gastroenterology,    17901 Governosr Hwy,    Suite 106,    Homewood, IL 60430-1145
23278236       +US Department of Education,    c/o VSAC Federal Loans,    PO Box 777,    Winooski VT 05404-0777
22924031       +VSAC Federal Loans,    PO BOX 777,    Winooski, VT 05404-0777
22924030       +Vision Financial Services,    PO Box 1768,    La Porte, IN 46352-1768
22924032       +Wells Fargo Home Mortgage,    PO BOX 10335,    Des Moines, IA 50306-0335

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
22924011        E-mail/Text: SRCO-Bankruptcy@advocatehealth.com Sep 02 2015 02:06:51
                 Advocate South-Suburban Hospital,    PO BOX 3039,    Oak Brook, IL 60522-3039
22924018       +E-mail/Text: bk.notifications@jpmchase.com Sep 02 2015 02:04:09       Chase Auto Finance,
                 Attn: National Bankruptcy Dept.,    PO BOX 29505,    Phoenix, AZ 85038-9505
22924019        E-mail/Text: bk.notifications@jpmchase.com Sep 02 2015 02:04:09       Chase Bank,    PO BOX 901076,
                 Fort Worth, TX 76101-2076
22924020        E-mail/PDF: mrdiscen@discover.com Sep 02 2015 01:59:01      Discover Card,    PO BOX 30943,
                 Salt Lake City, UT 84130
22924021        E-mail/PDF: mrdiscen@discover.com Sep 02 2015 01:59:01      Discover Card,    PO Box 15316,
                 Wilmington, DE 19850
23234599        E-mail/PDF: mrdiscen@discover.com Sep 02 2015 01:59:01      Discover Bank,
                 Discover Products Inc,    PO Box 3025,    New Albany, OH 43054-3025
22924024        E-mail/Text: cio.bncmail@irs.gov Sep 02 2015 02:03:44      Internal Revenue Service,
                 Centralized Insolvency Operation,    PO BOX 21126,    Philadelphia, PA 19114-0326
22924025       +E-mail/PDF: pa_dc_claims@navient.com Sep 02 2015 01:58:53       Navient,   PO BOX 9500,
                 Wilkes Barre, PA 18773-9500
22924026       +E-mail/PDF: pa_dc_claims@navient.com Sep 02 2015 01:59:02       Sallie Mae,
                 Attn: Claims Department,    PO BOX 9500,    Wilkes Barre, PA 18773-9500
22924029        E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2015 01:58:36       Synchrony Bank,
                 Attn: Bankruptcy Department,    PO BOX 965061,    Orlando, FL 32896-5061
23504909        E-mail/PDF: gecsedi@recoverycorp.com Sep 02 2015 01:59:00       Synchrony Bank,
                 c/o Recovery Management Systems Corp,    25 SE 2nd Ave Suite 1120,    Miami FL 33131-1605
                                                                                                TOTAL: 11

             ***** BYPASSED RECIPIENTS *****
NONE.                                                                                            TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Sep 03, 2015                                     Signature:  /s/Joseph Speetjens

```
District/off: 0752-1          User: dross              Page 2 of 2              Date Rcvd: Sep 01, 2015
                              Form ID: pdf006          Total Noticed: 30
```

# CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on August 31, 2015 at the address(es) listed below:
          Ann M Houha    on behalf of Joint Debtor Angela K Thomas ann@beutlerlaw.com,
           blcnotices@gmail.com;myecfbeutler@gmail.com
          Ann M Houha    on behalf of Debtor Colin F Thomas ann@beutlerlaw.com,
           blcnotices@gmail.com;myecfbeutler@gmail.com
          David P Leibowitz, ESQ    dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          David P Leibowitz, ESQ    on behalf of Trustee David P Leibowitz, ESQ dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Patrick S Layng    USTPRegion11.ES.ECF@usdoj.gov
                                                                                             TOTAL: 5
```