**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 15-04746 |
| | § | |
| COLIN F THOMAS | § | |
| ANGELA K THOMAS | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)      All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)      A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $57,531.44 | Assets Exempt: | $41,705.00 |
| Total Distributions to Claimants: | $2,976.76 | Claims Discharged Without Payment: | $173,880.85 |
| Total Expenses of Administration: | $1,023.24 | | |

3)      Total gross receipts of $4,000.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $4,000.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | $81,840.25 | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin. Fees and Charges (from **Exhibit 4**) | NA | $1,023.24 | $1,023.24 | $1,023.24 |
| Prior Chapter Admin. Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | $11,120.18 | $15,615.25 | $15,615.25 | $2,976.76 |
| General Unsecured Claims (from **Exhibit 7**) | $138,716.44 | $114,014.88 | $114,014.88 | $0.00 |
| **Total Disbursements** | $231,676.87 | $130,653.37 | $130,653.37 | $4,000.00 |

4). This case was originally filed under chapter 7 on 02/13/2015. The case was pending for 10 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 12/23/2015           By:   /s/ David P. Leibowitz
                                           Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

**EXHIBITS TO**
**FINAL ACCOUNT**

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | AMOUNT RECEIVED |
|---|---|---|
| "business savings account of Colin F. Thomas, sole proprietor d/b/a Thomas Photographic Services" savings account xxxx77 | 1129-000 | $4,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,000.00** |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES
NONE

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Chase Auto Finance | 4110-000 | $9,795.00 | $0.00 | $0.00 | $0.00 |
| | Wells Fargo Home Mortgage | 4110-000 | $72,045.25 | $0.00 | $0.00 | $0.00 |
| **TOTAL SECURED CLAIMS** | | | **$81,840.25** | **$0.00** | **$0.00** | **$0.00** |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $1,000.00 | $1,000.00 | $1,000.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $8.18 | $8.18 | $8.18 |
| Green Bank | 2600-000 | NA | $15.06 | $15.06 | $15.06 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | **NA** | **$1,023.24** | **$1,023.24** | **$1,023.24** |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES
NONE

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Internal Revenue Service | 5800-000 | $6,101.54 | $15,615.25 | $15,615.25 | $2,976.76 |
| | Internal Revenue Service | 5800-000 | $5,018.64 | $0.00 | $0.00 | $0.00 |

| | | | | | | |
|---|---|---|---|---|---|---|
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $11,120.18 | $15,615.25 | $15,615.25 | $2,976.76 |

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1a | Internal Revenue Service | 7100-000 | $0.00 | $811.60 | $811.60 | $0.00 |
| 2 | Discover Bank | 7100-900 | $4,930.81 | $5,111.18 | $5,111.18 | $0.00 |
| 3 | Discover Bank | 7100-900 | $3,475.82 | $3,641.99 | $3,641.99 | $0.00 |
| 4 | US Department of Education | 7100-000 | $0.00 | $1,381.05 | $1,381.05 | $0.00 |
| 5 | Navient Solutions Inc | 7100-000 | $11,842.00 | $11,713.15 | $11,713.15 | $0.00 |
| 6 | Navient Solutions Inc | 7100-000 | $17,823.00 | $17,302.85 | $17,302.85 | $0.00 |
| 7 | Navient Solutions Inc. | 7100-000 | $49,353.00 | $50,305.36 | $50,305.36 | $0.00 |
| 8 | Navient Solutions Inc. | 7100-000 | $0.00 | $12,044.08 | $12,044.08 | $0.00 |
| 9 | American Express Bank, FSB | 7100-900 | $0.00 | $1,775.09 | $1,775.09 | $0.00 |
| 10 | American Express Centurion Bank | 7100-900 | $4,735.97 | $5,192.83 | $5,192.83 | $0.00 |
| 11 | Synchrony Bank | 7100-000 | $4,347.00 | $4,735.70 | $4,735.70 | $0.00 |
| | Advocate South-Suburban Hospital | 7100-000 | $2,856.34 | $0.00 | $0.00 | $0.00 |
| | Bank of America | 7100-000 | $6,370.58 | $0.00 | $0.00 | $0.00 |
| | Barclays Bank Delaware | 7100-000 | $2,076.79 | $0.00 | $0.00 | $0.00 |
| | Capital Management Services LP | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
| | First Data | 7100-000 | $536.00 | $0.00 | $0.00 | $0.00 |
| | Ingalls Memorial Hospital | 7100-000 | $345.07 | $0.00 | $0.00 | $0.00 |
| | Ingalls Memorial Hospital | 7100-000 | $142.06 | $0.00 | $0.00 | $0.00 |
| | SLM Financial Corporation | 7100-000 | $16,607.00 | $0.00 | $0.00 | $0.00 |
| | SLM Financial Corporation | 7100-000 | $4,823.00 | $0.00 | $0.00 | $0.00 |
| | SLM Financial Corporation | 7100-000 | $3,577.00 | $0.00 | $0.00 | $0.00 |
| | SLM Financial Corporation | 7100-000 | $1,491.00 | $0.00 | $0.00 | $0.00 |
| | SLM Financial | 7100-000 | $1,369.00 | $0.00 | $0.00 | $0.00 |

|  |  |  |  |  |  |
|---|---|---|---|---|---|
|  | Corporation |  |  |  |  |  |
|  | South Suburban Gastroenterology | 7100-000 | $450.00 | $0.00 | $0.00 | $0.00 |
|  | Vision Financial Services | 7100-000 | $0.00 | $0.00 | $0.00 | $0.00 |
|  | VSAC Federal Loans | 7100-000 | $1,138.00 | $0.00 | $0.00 | $0.00 |
|  | VSAC Federal Loans | 7100-000 | $427.00 | $0.00 | $0.00 | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  |  | $138,716.44 | $114,014.88 | $114,014.88 | $0.00 |

**UST Form 101-7-TDR (10/1/2010)**

# FORM 1
## INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT
### ASSET CASES

| Case No.: | 15-04746-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | THOMAS, COLIN F AND THOMAS, ANGELA K | Date Filed (f) or Converted (c): | 02/13/2015 (f) |
| For the Period Ending: | 12/23/2015 | §341(a) Meeting Date: | 03/18/2015 |
| | | Claims Bar Date: | 07/28/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

| Ref. # | | | | | | |
|---|---|---|---|---|---|---|
| 1 | single family house at 17625 Howe Ave., Homewood, IL 60430 both debtors own house together with debtor's father value estimate by zillow.com Purchased for $74,900 in 11/2013 | $77,671.00 | $0.00 | | $0.00 | FA |
| 2 | available cash | $40.00 | $0.00 | | $0.00 | FA |
| 3 | checking account xxxx7881 at First Midwest Bank, 18600 Dixie Hwy., Homewood, IL 60430 | $525.44 | $0.00 | | $0.00 | FA |
| 4 | "business advantage checking of Colin F. Thomas, sole proprietor d/b/a Thomas Photographic Services" checking account xxxx6023 with Bank of America, 18460 Governors Hwy, Homewood, IL 60430 | $2,338.53 | $0.00 | | $0.00 | FA |
| 5 | "business savings account of Colin F. Thomas, sole proprietor d/b/a Thomas Photographic Services" savings account xxxx7777 with Bank of America, 18460 Governors Hwy, Homewood, IL 60430 | $6,175.82 | $4,514.35 | | $4,000.00 | FA |
| 6 | various household furniture and goods | $500.00 | $65.44 | | $0.00 | FA |
| 7 | necessary wearing apparel | $500.00 | $0.00 | | $0.00 | FA |
| 8 | wedding ring | $500.00 | $0.00 | | $0.00 | FA |
| 9 | Thomas' Photographic Services, LLC 18705 Dixie Hwy Homewood, IL 60430 each debtor owns 50% | $2,500.00 | $0.00 | | $0.00 | FA |
| 10 | 2012 Mazda 5 Wagon 5D GT; 48,000 miles; minor scratches; value estimate by nada.com | $13,000.00 | $0.00 | | $0.00 | FA |

**TOTALS (Excluding unknown value)**      **Gross Value of Remaining Assets**

$103,750.79     $4,579.79     $4,000.00     $0.00

**Major Activities affecting case closing:**

06/30/2015    Debtor to turnover non-exempt funds in business saving account of Colin F. Thomas in the amount of $4,000.00. Scheduled value $6,175.82 -- Exemptions claimed $1,661.47

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

Page No: 2

Exhibit 8

| Case No.: | 15-04746-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | THOMAS, COLIN F AND THOMAS, ANGELA K | | Date Filed (f) or Converted (c): | 02/13/2015 (f) |
| For the Period Ending: | 12/23/2015 | | §341(a) Meeting Date: | 03/18/2015 |
| | | | Claims Bar Date: | 07/28/2015 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Value | Estimated Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA =§ 554(a) abandon. | Sales/Funds Received by the Estate | Asset Fully Administered (FA) / Gross Value of Remaining Assets |

Initial Projected Date Of Final Report (TFR): 07/28/2016

Current Projected Date Of Final Report (TFR): 08/20/2015

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 15-04746-JPC | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | THOMAS, COLIN F AND THOMAS, ANGELA K | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2875 | | Checking Acct #: | ******4601 |
| Co-Debtor Taxpayer ID #: | **-***2876 | | Account Title: | |
| For Period Beginning: | 2/13/2015 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/23/2015 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 05/07/2015 | (5) | Angela Thomas | Non exempt funds in business bank account | 1129-000 | $2,000.00 | | $2,000.00 |
| 05/28/2015 | (5) | Angela Thomas | Non exempt funds in business bank account | 1129-000 | $2,000.00 | | $4,000.00 |
| 05/29/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $2.08 | $3,997.92 |
| 06/30/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $6.13 | $3,991.79 |
| 07/31/2015 | | Green Bank | Bank Service Fee | 2600-000 | | $6.85 | $3,984.94 |
| 09/24/2015 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $1,000.00 | $2,984.94 |
| 09/24/2015 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $8.18 | $2,976.76 |
| 09/24/2015 | 3003 | Internal Revenue Service | Amount Claimed: 15,615.25; Distribution Dividend: 19.06; Claim #: 1; Dividend: 74.70; Amount Allowed: 15,615.25; Notes: ; | 5800-000 | | $2,976.76 | $0.00 |
| | | | **TOTALS:** | | $4,000.00 | $4,000.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $4,000.00 | $4,000.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $4,000.00 | $4,000.00 | |

| **For the period of 2/13/2015 to 12/23/2015** | | **For the entire history of the account between 05/06/2015 to 12/23/2015** | |
|---|---|---|---|
| Total Compensable Receipts: | $4,000.00 | Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 | Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,000.00 | Total Compensable Disbursements: | $4,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,000.00 | Total Comp/Non Comp Disbursements: | $4,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No.: | 15-04746-JPC | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | THOMAS, COLIN F AND THOMAS, ANGELA K | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | **-***2875 | Checking Acct #: | ******4601 |
| Co-Debtor Taxpayer ID #: | **-***2876 | Account Title: | |
| For Period Beginning: | 2/13/2015 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 12/23/2015 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $4,000.00 | $4,000.00 | $0.00 |

| For the period of 2/13/2015 to 12/23/2015 | | For the entire history of the case between 02/13/2015 to 12/23/2015 | |
|---|---|---|---|
| Total Compensable Receipts: | $4,000.00 | Total Compensable Receipts: | $4,000.00 |
| Total Non-Compensable Receipts: | $0.00 | Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $4,000.00 | Total Comp/Non Comp Receipts: | $4,000.00 |
| Total Internal/Transfer Receipts: | $0.00 | Total Internal/Transfer Receipts: | $0.00 |
| | | | |
| Total Compensable Disbursements: | $4,000.00 | Total Compensable Disbursements: | $4,000.00 |
| Total Non-Compensable Disbursements: | $0.00 | Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $4,000.00 | Total Comp/Non Comp Disbursements: | $4,000.00 |
| Total Internal/Transfer Disbursements: | $0.00 | Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ